**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7614

MINYARD CASS DAVIS,

Plaintiff - Appellant,

v.

DAVID SIMONS; T. D. HATCHETT; I. SAWYERS; M. FOLTZ; F.
COPELAND; LEROY SUTTON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (2:14-cv-00069-RAJ-DEM)

Submitted:  February 12, 2015       Decided:  February 19, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Minyard Cass Davis, Appellant Pro Se.  Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minyard Cass Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*]  Davis v. Simons, No. 2:14-cv-00069-RAJ-DEM (E.D. Va. Oct. 1, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Davis also claims the district court erred by not granting a preliminary injunction against Defendant prison officials. Because we affirm the district court's decision on the merits in this respect, we conclude that the appeal from the effective denial of preliminary relief is moot. See Univ. of Tex. v. Camenisch, 451 U.S. 390, 395 (1981); Dex Media West Inc. v. City of Seattle, 696 F.3d 952, 956 n.1 (9th Cir. 2012); Cedar Coal Co. v. United Mine Workers, 560 F.2d 1153, 1161-62 (4th Cir. 1977).